**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHNNY PARADAY,

    Plaintiff,

-vs-                                              Case No. 3:14-cv-891-J-34MCR

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. No. 15; Report), entered on May 12, 2015. In the Report, Magistrate Judge Richardson recommends that the Court affirm the Commissioner's denial of Plaintiff Johnny Paraday's application for disability and disability insurance benefits. See Report at 2. On May 26, 2015, Plaintiff filed objections to the Magistrate Judge's Report, in which he requests de novo review of the Magistrate Judge's decision and oral argument. See Objections to Magistrate Judge's Report and Recommendation and Request for Oral Argument (Doc. No. 16; Objections). Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, ("Commissioner"), filed a response to the Objections on July 2, 2015 (Doc. No. 18; Response). Accordingly, the matter is ripe for review.[1]

---

[1] Although Plaintiff requests oral argument, he fails to make an argument as to why oral argument is warranted, and the Court independently identifies no need.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

In the Objections, Plaintiff simply re-asserts the arguments he presented to the Magistrate Judge in Plaintiff's Memorandum of Law in Opposition to the Commissioner's Decision Denying Plaintiff Disability Insurance Benefits (Doc. No. 13; Plaintiff's Memorandum).  Indeed, with the exception of the first numbered paragraph, the content of the Objections is almost entirely copied verbatim from Plaintiff's Memorandum.  The Magistrate Judge addressed each of these arguments comprehensively in the Report.  Although Plaintiff disagrees with the Magistrate Judge's findings, he fails to identify any factual or legal errors in the analysis, and the Court finds none.[2]

Upon independent review of the Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

---

[2] Because the Magistrate Judge correctly concluded that the Administrative Law Judge's Residual Functional Capacity determination – that Plaintiff retained the residual functional capacity to perform a range of full time light work – is supported by substantial evidence, the Court need not address the suggestion that Plaintiff might be eligible for benefits if he could only work part time.

**ORDERED:**

1.   The request for oral argument set forth in Plaintiff's Objections to Magistrate Judge's Report and Recommendation and Request for Oral Argument (Doc. No. 16) is **DENIED**.

2.   Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 16) are **OVERRULED**.

3.   Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. No. 15) is **ADOPTED**, as the opinion of the Court.

4.   The Clerk is directed to enter judgment **AFFIRMING** the Commissioner's decision and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of July, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

i30

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record